



Michael Lee
Lee Law PLLC
michael@leelawservices.com
212.621.8239

July 2, 2021

*7/7/2021
Conference cancelled.
Collen McMahon*

**VIA ECF**
Honorable Collen McMahon
United States District Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *MeganPlays LLC et al v. Sara Dietschy LLC et al*, 1:21-cv-02475 (CM)

Dear Judge McMahon:

This firm represents plaintiffs, MeganPlays LLC and Megan Leeds (hereinafter collectively referred to as "Plaintiffs"). We write to request adjournment of the July 8, 2021 Initial Conference and that the parties' proposed Civil Case Management Plan be so ordered by the Court.

In compliance with Your Honor's April 26, 2021 Order, on May 28, 2021, the parties submitted, via facsimile, the proposed Civil Case Management Plan. A copy of this proposed Plan is attached hereto for reference.

Therefore, it is respectfully requested that the Civil Case Management Plan be endorsed by the Court and the July 8, 2021 Initial Conference be adjourned *sine die*. Defendants consent to this request.

Thank you for your consideration.

Respectfully Submitted,

**LEE LAW PLLC**

By: _____
Michael Lee (ML 6353)

Attachment

cc: Counsel of Record (via ECF)