UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2021
```

MEGANPLAYS LLC and MEGAN LETTER,

Plaintiffs,

-against-

SARA DIETSCHY and SARA DIETSCHY LLC,

Defendants.

No. 1:21-CV-2475 (CM)

**ORDER**

McMahon, J.:

The Court is in receipt of the parties' joint letter motion (Dkt. 26) and formal joint motion (Dkt. 27) for a three-month extension of time to complete discovery due to the medical emergency of plaintiffs' counsel, Michael Lee, Esq., a solo practitioner.

Under the previous Scheduling Order (Dkt. 20) all discovery including expert discovery was to be completed by November 25, 2021.

Good cause being shown, this deadline is extended to February 25, 2022.

The clerk is respectfully requested to close the motions at Docket Number 26 and 27.

Dated: November 15, 2021

U.S.D.J.

BY ECF TO ALL COUNSEL