```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEGANPLAYS LLC, et al.,

                Plaintiffs,

      - against -

SARA DIETSCHY LLC, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-2475 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties' discovery dispute set forth in Dkt. 33 has been referred to me. Accordingly, by **January 26, 2022**, Plaintiff shall file a response to Defendant's letter. In the meantime, my Deputy Clerk will set a telephone conference date with the parties.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2022
         New York, New York

Copies transmitted this date to all counsel of record.